UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:22-cv-81762-DMM

GARFIELD SPENCE,

Plaintiff

v.

HOLIDAY PARK ASSOCIATES LLC.,

Defendant.

**PARTIES' JOINT NOTICE OF SETTLEMENT**

The Parties, by and through their undersigned counsel, hereby notify this Honorable Court that the instant action has been resolved through a settlement between the Parties. The Parties are currently in the process of finalizing their written settlement agreement.

Dated on February 9, 2023.

Respectfully submitted,

By: /s/Alberto R. Leal
Alberto R. Leal, Esq.
Florida Bar No. 1002345
ALBERTO R. LEAL, P.A.
8927 Hypoluxo Rd. #157
Lake Worth, FL 33467
Tel: (954) 637-1868
Primary Email: albertolealesq@gmail.com
Attorneys for Plaintiff

By: /s/Jeffrey M. Goodz
Jeffrey M. Goodz, Esq.
Florida Bar No. 953600
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Tel: (954) 626-5034 / Fax: (954) 838-8842
Primary Email: jeffrey.goodz@mc-atty.com
Secondary Email: eservice@dmc-atty.com
acali@mc-atty.com
Attorneys for Defendant