UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:22-cv-81762-MIDDLEBROOKS-MATTHEWMAN

GARFIELD SPENCE,

Plaintiff,

v.

HOLIDAY PARK ASSOCIATES LLC.,

Defendant.

**PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendant, Holiday Park Associates LLC, and Plaintiff, Garfield Spence, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire action, with prejudice, each party to bear his/its own attorneys' fees and costs.

Dated on February 21, 2023.

Respectfully submitted,

/s/*Jeffrey M. Goodz*
Jeffrey M. Goodz, Esquire
Florida Bar No: 953600
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Ste 590
Sunrise, Florida 33323
Telephone: (954) 626-5034
Primary Email:
jeffrey.goodz@mc-atty.com
Attorneys for Defendant

/s/ *Alberto R. Leal*
Alberto R. Leal, Esquire
Florida Bar No: 1002345
ALBERTO R. LEAL, P.A.
8927 Hypoluxo Rd. #157
Lake Worth, Florida 33467
Telephone: (954) 637-1868
Primary Email:
albertolealesq@gmail.com
Attorneys for Plaintiff