**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 22-81762-CV-MIDDLEBROOKS

GARFIELD SPENCE,

Plaintiff,

v.

HOLIDAY PARK ASSOCIATES LLC,

Defendant.
_______________________________________/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on Parties' Stipulation for Dismissal with Prejudice, filed jointly on February 21, 2023. (DE 16). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE.**
2. The Clerk of Court shall **CLOSE THIS CASE.**
3. All pending motions are **DENIED AS MOOT.**
4. Each of the parties shall bear its own attorneys' fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 24 day of February 2023.

Donald M. Middlebrooks
United States District Judge